**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| John A. Brown, | Civil No. 11-2038 (RHK/JSM) |
| Plaintiff, | **DISQUALIFICATION AND** <br> **ORDER FOR REASSIGNMENT** |
| vs. | |
| SmithKline Beecham Corporation, <br> d/b/a GlaxoSmithKline, | |
| Defendant. | |

The above-entitled matter has been assigned to the undersigned, a Judge of the above Court.  Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter.  Accordingly,

**IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated December 19, 2008, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment.

**IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated:  July 22, 2011

                                                     s/Richard H. Kyle
                                                     RICHARD H. KYLE
                                                     United States District Judge